## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

JOHN WILLIAMS,                          )
                                        )
                    Petitioner,         )
                                        )
vs.                                     )          Case No. CIV-05-441-M
                                        )
RON WARD, Director, Oklahoma            )
Department of Corrections,              )
                                        )
                    Respondent.         )

## ORDER

On August 26, 2005, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241.  Magistrate Judge Argo recommends that this Court deny Petitioner's Petition for Writ of Habeas Corpus.  Petitioner was advised of his right to object to the Report and Recommendation by September 15, 2005.  A review of the file reveals that no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1)    ADOPTS the thorough and well-reasoned Report and Recommendation issued by Magistrate Judge Argo on August 26, 2005;

(2)    DENIES Petitioner's Petition for Writ of Habeas Corpus [docket no. 1]; and

(3)    ORDERS that judgment in favor of Respondent issue forthwith.

**IT IS SO ORDERED this 26th day of September, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE